Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 14 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:24-CR-71-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| GABRIELA ABUNDIZ, | |
| Defendant. | |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Possession with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing Fentanyl (Count 2) |
| | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about April 2, 2024, in the Eastern District of Washington, the Defendant, GABRIELA ABUNDIZ, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about April 2, 2024, in the Eastern District of Washington, the Defendant, GABRIELA ABUNDIZ, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## SERIOUS DRUG FELONY

Before GABRIELA ABUNDIZ committed the above offenses named in Counts 1 and 2, GABRIELA ABUNDIZ, had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Distribution of a Controlled Substance-Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), in the United States District Court for the District of Montana, Case No. CR 17-0009-M-DLC-1, and had served a term of imprisonment exceeding 12 months and

INDICTMENT – 2

was released from imprisonment within 15 years of the commencement of the instant offense.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant GABRIELA ABUNDIZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 14 day of May, 2024.

A TRUE BILL



_____
Vanessa R. Waldref
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 4