# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> GABRIELA ABUNDIZ, <br><br> Defendant. | Case Nos.   1:22-CR-2106-SAB-1 <br>             2:24-CR-0071-SAB-1 <br><br> **CRIMINAL MINUTES** <br><br> DATE:     MAY 20, 2025 <br><br> LOCATION: YAKIMA, WA <br><br> **SENTENCING HEARING AND REVOCATION OF SUPERVISED RELEASE HEARING** |

| Chief Judge Stanley A. Bastian |||
|---|---|---|
| Michelle Fox | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy || Mitchell Crook |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:**  Arturo Santana |||

[ X ]  Open Court          [  ]  Chambers          [  ] Video/Telecon

Defendant present and in custody of U.S. Marshal.

Sentencing: 24-cr-071-SAB-1

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Court has reviewed the presentence report. 29, II, 180 months. Mandatory minimum.

No objections to the presentence report.

M. Murphy presents argument and outlines recommendations. 24-cr-071: 180 months. 10 years supervised release. 22-cr-2106: 30 months and terminate supervision. Consecutive sentence. 24-cr-2013 move to dismiss case for this defendant.

M. Crook presents argument and outlines recommendations. 24-cr-071:180 months. No sentence in 22-cr-2106. If any sentence, recommend concurrent. Recommend RDAP. Recommend Victorville.

[ X ]   ORDER FORTHCOMING

| CONVENED: 3:30 P.M. | ADJOURNED: 4:00 P.M. | TIME: 30 MIN. | CALENDARED  [ X ] |
|---|---|---|---|

*United States –vs- G. Abundiz*            May 20, 2025
1:22-CR-2106-SAB-1/2:24-CR-071-SAB-1            Page 2
Sentencing Hearing/Revocation of Supervised Release Hearing

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court outlines the 3553 factors. Court will recommend Victorville, CA to allow defendant to participate in HVAC programming and RDAP program.

Imprisonment for 24-cr-071-SAB: 180 months. Credit for time served.

Supervised Release: 10 years. With all the standard conditions and the following special conditions:

1. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.
2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.
3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.
4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.
5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
    M.Crook indicates defendant waives reading the conditions.

SPA: $100.00.

Fine: Waived.

Waiver of right to appeal outlined.

Imprisonment for 22-cr-2106-SAB: 30 months to run concurrent with sentence in 24-cr-071-SAB.

Supervised Release: terminate in 22-cr-2106-SAB.

Waiver of right to appeal outlined.


M. Murphy moves to dismiss Count 1 in Case No. 24-cr-2013-SAB-2, as to this defendant only.
    Court grants and will dismiss as to this defendant only.